IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHELE AMERSON  
7606 RESERVE COURT, APT. 3  
BALTIMORE, MD 21244  

v.  : Case No.:

CATHOLIC CHARITIES OF THE  
ARCHDIOCESE OF WASHINGTON  
924 G STREET, N.W.  
WASHINGTON, D.C. 20001  

## RULE LCvR 7.1 DISCLOSURE

Pursuant to LCvR 7.1, the undersigned counsel certifies that to the best of his knowledge that at the time of this filing, Defendant Catholic Charities does not have any parents, subsidiaries, or affiliates with outstanding securities in the hands of the public.

Respectfully submitted,

CARR MALONEY P.C.

*Nat Calamis*  
Thomas L. McCally, #391937  
Nat P. Calamis, #495680  
1615 L Street, N.W., Suite 500  
Washington, D.C. 20036  
(202) 310-5561 (telephone)  
(202) 310-5555 (facsimile)  
npc@carrmaloney.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was filed on May 13, 2008 to:

>Alan Lescht, Esquire
>1050 17th Street, N.W., Suite 220
>Washington, D.C. 20036

*Nat Calamis*
Nat P. Calamis