US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michele Amerson | * | |
| | * | Civ. Action No. 08-0834 |
| | * | (PLF) |
| Plaintiff, | * | |
| v. | * | |
| Catholic Charities of the Archdiocese of Washington | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFF'S MOTION TO REMAND

Plaintiff moves pursuant to 28 USC 1447 for an Order remanding the case to Superior Court, and such other relief as the court deems just and fair, for the reasons set forth in the accompanying Memorandum.

Alan Lescht & Associates, P.C.

By: _____/s/_____
Alan Lescht (#441691)
1050 17th Street, N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michele Amerson | * | Civ. Action No. 08-0834 |
| | * | (PLF) |
| Plaintiff, | * | |
| v. | * | |
| Catholic Charities of the Archdiocese of Washington | * | |
| Defendant. | * | |

*******************************************************************************

MEMORANDUM IN SUPPORT OF MOTION FOR REMAND

Plaintiff is a citizen of Maryland and brought this suit in DC Superior Court.

Defendant removed the case on grounds of diversity.  In its notice of removal, Defendant stated, it "is a non-profit corporation organized under the laws of the District of Columbia", so it is a citizen of the District of Columbia.

29 USC 1441(b) prohibits removal to federal district court on grounds of diversity where the defendant seeking removal "is a citizen of the State in which such action is brought."

Based on the foregoing, Plaintiff respectfully requests that the case be remanded to Superior Court.

Respectfully submitted,

Alan Lescht & Associates, P.C.

By: __/s/_____
Alan Lescht (#441691)
1050 17th Street, N.W. Suite 220
Washington, D.C. 20036
(202) 463-6036
Attorneys for Plaintiff

US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Michele Amerson | * | Civ. Action No. 08-0834 |
| | * | (PLF) |
| Plaintiff, | * | |
| v. | * | |
| Catholic Charities of the Archdiocese of Washington | * | |
| Defendant. | * | |

***********************************************************************

### ORDER GRANTING REMAND

In consideration of Plaintiff's motion to remand, it is hereby ORDERED that the motion is GRANTED and that the Clerk of this Court shall remand this case to Superior Court.

May_____, 2008

_____
USDJ