IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELE AMERSON<br>7606 RESERVE COURT, APT. 3<br>BALTIMORE, MD 21244<br><br>v.<br><br>CATHOLIC CHARITIES OF THE<br>ARCHDIOCESE OF WASHINGTON<br>924 G STREET, N.W.<br>WASHINGTON, D.C.  20001 | :<br>:<br>:<br>:<br>: Case No.:  08-834 (PLF)<br>:<br>:<br>:<br>:<br>: |

## ANSWER

COMES NOW Defendant Catholic Charities, through counsel, Carr Maloney P.C., and in Answer to Plaintiff's Complaint, states the following:

### The Parties

1. Defendant lacks sufficient knowledge to admit or deny the allegation contained in Paragraph 1.

2. Admitted.

### Venue and Jurisdiction

3. The allegations contained in this Paragraph relate to jurisdiction, to which no response from Defendant is required.

4. The allegations contained in this Paragraph relate to venue, to which no response from Defendant is required.

5. Admitted.

### Facts

6. Paragraph 6 of Plaintiff's Complaint refers to a statutory provision and said statute speaks for itself.

7. Defendant lacks sufficient information to admit or deny whether Plaintiff was a licensed elementary school teacher. The remainder of the allegations in this Paragraph call for a legal conclusion, therefore no response is required from Plaintiff.

8. Admitted.

9. Defendant lacks sufficient information to admit or deny the allegations contained in this Paragraph. These allegations are therefore denied.

10. Denied, as phrased.

11. Denied.

12. Defendant lacks sufficient knowledge to admit or deny the allegations contained in Paragraph 12 of Plaintiff's Complaint. These allegations are therefore denied.

13. Denied.

14. Admitted that Plaintiff met with the Director on December 6, 2007. The remainder of the allegations in this Paragraph are denied, as phrased.

15. Admitted that Plaintiff was terminated for failure to comply with her employer's incident reporting procedures. The remainder of the allegations contained in this Paragraph are denied.

16. Denied.

17. Denied.

## Count I

18. Defendant adopts by reference its responses to the allegations contained within Paragraphs 1 through 17 of Plaintiff's Complaint.

19. The allegations contained in this Paragraph call for a legal conclusion and refer to a statutory provision and said statue speaks for itself. As a result, no response is required from Defendant.

20. Denied.

21. This Paragraph contains a demand for a jury trial to which no response is required from Defendant.

## AFFIRMATIVE DEFENSES

### First Defense

Plaintiff fails to state a claim upon which relief can be granted.

### Second Defense

Plaintiff has failed to exhaust all administrative remedies.

### Third Defense

Defendants affirmatively assert that the plaintiff's claims are barred because plaintiff unreasonably failed to make use of her employer's suitable antidiscrimination/anti- harassment policy.

### Fourth Defense

Plaintiff's claims are barred by the doctrine of laches.

### Fifth Defense

Plaintiff's claims are barred by the doctrines of *res judicata* and/or collateral estoppel, judicial estoppel, waiver and/or release.

### Sixth Defense

Defendants reserve the right to amend or supplement this Answer and/or defenses that may be determined applicable in the future.

**Seventh Defense**

Defendants expressly deny any and all allegations in the Complaint not specifically admitted herein.

**Eighth Defense**

Plaintiff's damages, if any, were not caused by any acts or omissions of the defendant.

**Ninth Defense**

Plaintiff is not entitled to punitive damages.

WHEREFORE, pursuant to the reasons set forth herein, Defendant respectfully request that plaintiff's Complaint be dismissed with prejudice and that it be awarded reasonable costs, to include attorneys' fees as allowed by law, and such further relief, as this Honorable Court deems appropriate.

Respectfully submitted,

CARR MALONEY P.C.

_____/s/_____
Thomas L. McCally, #391937
Nat P. Calamis, #495680
1615 L Street, N.W., Suite 500
Washington, D.C. 20036
(202) 310-5561 (telephone)
(202) 310-5555 (facsimile)
npc@carrmaloney.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Answer was electronically filed and mailed on May 19, 2008 to:

        Alan Lescht, Esquire
        1050 17th Street, N.W., Suite 220
        Washington, D.C.  20036


                                    _____/s/_____
                                    Nat P. Calamis