UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| MICHELLE AMERSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   08-834 (PLF) |
| | : |
| CATHOLIC CHARITIES OF THE | : |
| ARCHDIOCESE OF WASHINGTON, | : |
| | : |
| Defendant. | : |

**DEFENDANT, CATHOLIC CHARITIES OF THE
ARCHDIOCESE OF WASHINGTON'S RESPONSE TO
PLAINTIFF'S MOTION TO REMAND**

Defendant, Catholic Charities of the Archdiocese of Washington, through counsel CARR MALONEY P.C., in response to Plaintiff's Motion to Remand, hereby consent to the request in Plaintiff's Motion to remand the above-captioned matter to the Superior Court of the District of Columbia.

Respectfully submitted,

CARR MALONEY P.C.

By: _____/s/_____
Thomas L. McCally, 391937
1615 L Street, N.W.
Suite 500
Washington, D.C.  20036
(202) 310-5500 (telephone)
(202) 310-5555 (facsimile)

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Response was filed electronically on this 22nd day of May, 2008 to:

>Alan Lescht, Esquire
>Alan Lescht & Associates
>1060 17th Street, NW
>Suite 200
>Washington, DC 20036

>\_\_\_\_\_/s/_____
>Thomas L. McCally