UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL INSURANCE CO., )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY OLAWUNI, <u>et al</u>., )<br>)<br>    Defendants, )<br>)<br>TIMOTHY OLAWUNI, <u>et al</u>., )<br>)<br>    Third-Party Plaintiffs, )<br>)<br>v. )<br>)<br>ALEA LONDON LIMITED, )<br>)<br>    Third-Party Defendant. )<br>) | Civil Action No. 06-0157 (PLF) |

ORDER

On November 8, 2007, the parties informed the Court that this case had been settled and that a settlement agreement would be filed with the Court. The parties requested that the case be stayed for six months to ensure that the terms of the settlement would be met. The Court granted that request in open Court on November 8, 2007.[1] The parties filed the settlement agreement with the Court on December 11, 2007. The stay of this case expired on May 23, 2008. None of the parties has filed anything with the Court. Accordingly, it is hereby

---

[1] The stay did not extend to the then-pending motion for summary judgment of third-party defendant Alea London Limited. The Court granted Alea London's motion for summary judgment on March 6, 2008.

ORDERED that this case is DISMISSED. The dismissal shall be without prejudice for a period of 30 days from the date of this Order. Within that 30-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed <u>with</u> prejudice.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 29, 2008