UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHELE AMERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CATHOLIC CHARITIES OF THE )<br>ARCHDIOCESE OF WASHINGTON, )<br>)<br>Defendant. )  | Civil Action No. 08-834 (PLF) |

ORDER

This matter is before the Court on plaintiff's motion to remand this case to the Superior Court of the District of Columbia and defendant's response thereto. As defendant consents to plaintiff's motion to remand this case, it is hereby

ORDERED that Plaintiff's Motion to Remand [5] is GRANTED; it is

FURTHER ORDERED that this case shall be REMANDED to the Superior Court of the District of Columbia; it is

FURTHER ORDERED that the Clerk of the Court shall (1) transfer all papers in this proceeding, together with a certified copy of this Order, to the Superior Court of the District of Columbia, and (2) remove this case from the docket of this Court; and it is

FURTHER ORDERED that the status conference in this case, currently scheduled for May 30, 2008, is hereby CANCELLED.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: May 30, 2008                    United States District Judge